# DU BOIS ET AL. *v.* HOME BUILDING AND LOAN ASSOCIATION.

### [No. 22,814. Filed June 17, 1915.]

APPEAL.—*Defective Briefs.—Affirmance.*—Where appellants' brief wholly fails to comply with the requirements of Rule 22 in the presentation of errors relied on, error is not shown and the judgment must be affirmed.

From Knox Circuit Court; *B. M. Willoughby*, Judge.

Action by the Home Building and Loan Association against Amanda Du Bois and another. From a judgment for the plaintiff, the defendants appeal. (Transferred from the Appellate Court under §1405 Burns 1914, Acts 1901 p. 590.) *Affirmed.*

*Henry W. Alexander* and *David H. Byers*, for appellants. *Clarence B. Kessinger*, for appellee.

LAIRY, J.—Appellants seek to reverse the judgment of the trial court for alleged errors of that court in overruling demurrers to the complaint, in overruling their motion for a new trial and in overruling the separate motion of appellant Amanda DuBois to modify the judgment. Not one of the errors relied on is presented by the brief of appellants. Rule 22 of Supreme and Appellate Courts. As no error is shown, the judgment is affirmed.

NOTE.—Reported in 109 N. E. 188. See, also 2 Cyc. 1013.